# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2286.  MARK WRIGHT v. THE STATE.**

Following a jury trial, Mark Wright was convicted of malice murder, felony murder, and aggravated assault. The trial court sentenced Wright to life in prison for malice murder and merged the remaining counts of the indictment with the malice murder count. The Supreme Court of Georgia affirmed his convictions following the trial court's denial of his motion for new trial. See *Wright v. State*, 275 Ga. 427 (569 SE2d 537) (2002), overruled in part by *Wilson v. State*, 277 Ga. 195 (586 SE2d 669) (2003).  In March 2018, Wright filed a motion for out of time appeal.  The trial court denied the motion on April 5, 2019, and Wright filed the instant appeal on May 23, 2019.  However, we lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"); accord *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178

(476 SE2d 587) (1996) (the Supreme Court has the ultimate responsibility for determining appellate jurisdiction). Accordingly, Wright's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___07/16/2019___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*